

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| RUBIN SANCHEZ, | § | No. 08-16-00117-CR |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| THE STATE OF TEXAS, | § | of Pecos County, Texas |
| State. | § | (TC# P-3493-112-CR) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time to file the brief until **February 1, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Don Payne, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before February 1, 2017.

IT IS SO ORDERED this 26th day of January, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.